UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

**Civil Action No.**

SERGIO BALLIVIAN,

                        Plaintiff,

v.

MOUNTAIN TRAVEL,

                        Defendant.

## COMPLAINT AND JURY DEMAND

Plaintiff, SERGIO BALLIVIAN, by and through undersigned counsel, demands a trial by jury of all claims and issues so triable, and, as and for its Complaint for Copyright Infringement against defendants MOUNTAIN TRAVEL hereby asserts and alleges as follows:

### GENERAL ALLEGATIONS

1. This is an action for copyright infringement that arises from the use of at least four of plaintiff's timely copyrighted photographs in (i) brochures, (ii) email blasts and (iii) other promotional material for defendant Mountain Travel's tour and travel related services.

2. Plaintiff is a professional photographer who created the subject photographs and has registered copyright in each of them with the United States Copyright Office on March 24, 2004.

3. Defendant Mountain Travel misappropriated the subject photographs without authorization from plaintiff Ballivian.

4.  At no time did plaintiff Ballivian grant to defendant Mountain Travel any right to use the subject photographs for any purpose.

5.  Upon information and belief, defendant Mountain Travel obtained the subject photographs from a third party, and used them with reckless disregard to plaintiff Ballivian's rights under the copyright act.

## THE PARTIES

6.  Plaintiff Ballivian is a professional photographer who took the photographs which are the subject of this litigation.

7.  Defendant Mountain Travel is a foreign corporation incorporated under the laws of California with its principal place of business at 1266 66th Street, Suite 4, Emeryville, California, United States.

## JURISDICTION AND VENUE

8.  The plaintiff resides within the State of Colorado and has at all times pertinent herein.

9.  Jurisdiction for the plaintiff's claims lies within the United States District Court for the District of Colorado pursuant to the copyright act of 1976 17 U.S.C. §101, et. seq.; 17 U.S.C. §301; 28 U.S.C. §1331; 28 U.S.C. §1332, (the claims asserted involve sums greater than $75,000 between diverse citizens); 28 U.S.C. §1338(a) (conferring original jurisdiction over such district courts for claims arising under any act of congress related to copyrights); and, in 18 U.S.C. §1367 since the claims arise from the same controversy of the copyright infringement claims being asserted herein.

10. Venue is proper under 28 U.S.C. §1391 since plaintiff resides in this district, and

the subject photographs are located within this district. Further defendant conducts business within the State of Colorado.

### FIRST CAUSE OF ACTION
### COPYRIGHT INFRINGEMENT

11. The Plaintiff is the lawful and sole copyright owner of the subject photographic images and has complied with the provisions of the Copyright Act 17 U.S.C. §§ 101, et seq.

12. Defendant has used the subject images without plaintiff's permission, directly infringing on Mr. Ballivian's copyrights.

13. Without license, permission or authorization from the plaintiff; defendant has impermissibly used, reproduced, copied, infringed, disseminated or otherwise exploited the plaintiff's copyrighted image on its primary website, in electronic advertisements, and in direct mail advertisements.

14. By commercially exploiting the plaintiff's copyrighted images in advertising and promotion of its products without the plaintiff's consent or license, defendant has damaged the plaintiff while obtaining significant economic gains in an amount that may exceed $300,000 to be determined by a jury at trial.

### .DAMAGES

As a result of defendants misappropriation of plaintiff's copyrighted images plaintiff has suffered and claims as damages all available damages under the Copyright Act including statutory damages, cost and attorneys fees and his actual damages including defendants profits attributable to the infringement of plaintiff's images. These damages include, but are not limited to, all profits to defendant Mountain Travel occasioned by the sale of Mountain Travel services as a result of the infringing fliers. These damages may be in excess of $300,000.00 to be

determined by a jury at trial.

    WHEREFORE the plaintiff respectfully prays for judgment in his behalf for injuries damages and losses in amounts allowable by law along with costs, interests, statutory damages, attorneys' fees, injunctive relief, disgorgement of profits attributable to infringements and any other relief as authorized by law. Jury trial demanded.

Dated: Denver, Colorado
       June 8, 2009

                                            Respectfully submitted,

                                            THE NELSON LAW FIRM, PC

                                            s/ Danial A. Nelson
                                            Danial A. Nelson, #33016
                                            100 Park Avenue, 18th Floor
                                            New York, NY 10017
                                            T: (646) 704-4900
                                            F: (646) 308-1178
                                            d@dannelsonlaw.com


                                            FUICELLI & LEE, P.C.

                                            s/ R. Keith Fuicelli
                                            R. Keith Fuicelli, #32108
                                            1120 Lincoln Street, Suite 1105
                                            Denver, Colorado 80203
                                            T: (303) 355-7202
                                            F: (303) 355-7208
                                            keith@fuicellilee.com

                                            *Attorneys for Plaintiff*

Plaintiff's Address
Sergio Ballivian
2510 North 47th St. #207
Boulder, Colorado 80301