Kevin P. McCulloch (PHV)
NELSON & McCULLOCH LLP
The Chrysler Building
405 Lexington Avenue, 25th Floor
New York, New York 10174
Telephone: (646) 704-4900
Facsimile: (646) 308-1178
kmcculloch@nelsonmcculloch.com

Elise R. Sanguinetti
HINTON, ALFERT & SUMNER
1646 N. California Blvd., Ste. 600
Walnut Creek, CA  94595
Telephone:  (925) 932-6006
Facsimile:  (925) 932-3412
sanguinetti@hinton-law.com

Attorneys for Plaintiff
SERGIO BALLIVIAN

Rodney E. Gould, State Bar. No. 238877
RUBIN, HAY & GOULD, P.C.
205 Newbury Street, P.O. Box 786
Framingham, Massachusetts 01701
Telephone: (508)-875-5222
Facsimile: (508)-879-6803
rgould@rhglaw.com

Attorneys for Defendant
MOUNTAIN TRAVEL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO BALLIVIAN, ) | Case No. C 10-00309 RS (BZ) |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION** |
| v. ) | |
| ) | |
| MOUNTAIN TRAVEL, ) | |
| ) | |
| Defendant. ) | |

1 | The parties stipulate that the mediation in the above matter will be held at 9:00 a.m. on June 24, 2010 before the Honorable Magistrate Judge Bernard Zimmerman.

Dated: May 20, 2010

| | |
|---|---|
| RUBIN, HAY & GOULD, P.C. | NELSON & McCULLOCH LLP |
| By: *[signature]* | By: *[signature]* |
| Rodney E. Gould, S.B. 238877 | Kevin P. McCulloch (PHV) |
| 205 Newbury Street | The Chrysler Building |
| P.O. Box 786 | 405 Lexington Avenue, 25th Floor |
| Framingham, Massachusetts 01701 | New York, New York 10174 |
| Telephone: (508)-875-5222 | Telephone: (646) 704-4900 |
| Facsimile: (508)-879-6803 | Facsimile: (646) 308-1178 |
| Attorneys for Defendant | -and- |
| MOUNTAIN TRAVEL | Elise R. Sanguinetti |
| | HINTON, ALFERT & SUMNER |
| | 1646 N. California Blvd., Ste. 600 |
| | Walnut Creek, CA 94595 |
| | Telephone: (925) 932-6006 |
| | Facsimile: (925) 932-3412 |
| | Attorneys for Plaintiff |
| | SERGIO BALLIVIAN |

**IT IS SO ORDERED**
*/s/ Bernard Zimmerman*
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

The Settlement Conference is **CONTINUED** to **June 24, 2010 at 9:00 a.m.** The Court's previous Settlement Conference Order otherwise remains in full force and effect. Settlement conference statements are due 7 days prior to the Settlement Conference.

DATED: 5/21/2010

## CERTIFICATE OF SERVICE

State of Massachusetts   )
                         ) ss.
County of Middlesex      )

    I am employed in the County of Middlesex, Commonwealth of Massachusetts. I am over the age of eighteen (18) and not a party to the within action. My business address is 205 Newbury Street, Framingham, Massachusetts 01701.

    On May 20, 2010, I served the foregoing document(s) described as:

- **Stipulation**

on the interested parties in this action as stated below:

Kevin P. McCulloch, Esq.
Daniel A. Nelson, Esq.
Nelson & McCulloch LLP
The Chrysler Building
405 Lexington Avenue, 25th Floor
New York, NY  10174
***Attorneys for Plaintiff***
***e-mail:*** kmcculloch@nelsonmcculloch.com

Elise Rochelle Sanguinetti
Hinton, Alfert & Sumner
1646 North California Boulevard, Suite 600
Walnut Creek, CA 94596
***Attorneys for Plaintiff***
***e-mail:*** sanguinetti@hinton-law.com

__X__ (BY ELECTRONIC SERVICE):  I caused the listed documents to be electronically filed through the CM/ECF system at the United States District Court for the Northern District of California which generates a Notice of Electronic Filing to all parties and constitutes service of the electronically filed documents on all parties for purposes of the Federal Rules of Civil Procedure.

__X__ (FEDERAL):  I declare that I am employed in the office of a member of the bar of this Court at whose direction service was made, and that the foregoing is true and correct under penalty of perjury.

Executed on May 20, 2010, at Framingham, Massachusetts.

    I declare under penalty of perjury under the laws of the Commonwealth of Massachusetts that the foregoing is true and correct.

_____Melissa B. Paradis_____　　　　　_/s/ Melissa B. Paradis_
    (Type or print name)　　　　　　　　　　　　(Signature)