***E-Filed  6/29/10***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Sergio Ballivian, | No. C 10-00309 RS |
| Plaintiffs, | **STANDBY ORDER TO SHOW CAUSE** |
| v. | |
| Mountain Travel, | |
| Defendants. | |

The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **August 30, 2010**.  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **September 2**, **2010, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the case.

No. C 10-00309 RS
STANDBY ORDER TO SHOW CAUSE

IT IS SO ORDERED.

Dated: June 29, 2010

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE