*E-Filed 8/31/10*

Kevin P. McCulloch (*pro hac vice*)
NELSON & McCULLOCH LLP
The Chrysler Building
405 Lexington Avenue, 25th Floor
New York, New York 10174
Tel: (646) 704-4900
Fax: (646) 308-1178

And

Elise R. Sanguinetti
Hinton, Alfert & Sumner
1646 N. California Blvd. Ste. 600
Walnut Creek, CA 94596
Tel: (925) 932-6006
Fax: (925) 932-3412

Counsel for Plaintiff
SERGIO BALLIVIAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO BALLIVIAN<br><br>    *Plaintiff,*<br><br>    v.<br><br>MOUNTAIN TRAVEL,<br><br>    *Defendant.* | CASE NO.: C 10-0309 RS (BZ)<br><br>~~[PROPOSED]~~ ORDER ON STIPULATION OF DISMISSAL |

TO ALL PARTIES,

Pursuant to the parties' stipulation, this action is hereby dismissed with prejudice, with all parties to bear their own attorneys' fees and costs.

IT IS SO ORDERED

DATED: __August 30__, 2010

*[signature: Richard Seeborg]*

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER ON
STIPULATION OF DISMISSAL
No. C 10-00309 RS                                          - 2 -